UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMBERLEE H. FRIBERG,<br><br>Plaintiff,<br><br>vs.<br><br>DON PABLO'S OPERATING CORPORATION,<br><br>Defendants. | CIVIL FILE NO. 00-2747 ADM/AJB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER MODIFYING PRETRIAL SCHEDULING ORDER** |

STIPULATION

Due to plaintiff's recent disclosure of four new witnesses, and defendant's desire to conduct further discovery relative to these witnesses, the parties above named, by and through their respective counsel, stipulate that the Court may enter an Order in the form set forth below.

Dated: June 20, 2001.

JANE J. LARSON & ASSOCIATES

By [signature]
Michael C. Hager (#172662)
1700 West Highway 36, Suite 801
Roseville, Minnesota 55113
Telephone: (651) 636-5473

FILED JUN 20 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: June 20, 2001.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By ______________________
Judith Bevis Langevin (#36092)
Carl Crosby Lehmann (# 257345)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

HAYNSWORTH BALDWIN
JOHNSON & GREAVES LLC
Andreas N. Satterfield, Jr.
P.O. Box 10888
Greenville, SC 29603
Telephone: (864) 271-7410

ORDER

Pursuant to the above Stipulation of the parties,

IT IS HEREBY ORDERED that the Court's Pretrial Scheduling Order in this matter, entered on February 8, 2001, is hereby modified to provide that discovery shall be commenced in time to be completed by August 3, 2001, and all dispositive motions shall be served and filed by the parties October 1, 2001. All other dates set forth in the Scheduling Order ~~remain~~ in full force and effect.

Dated this 20th day of June, 2001.

BY THE COURT:

______________________
Arthur J. Boylan
United States Magistrate Judge

GP:804312 v1