**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

| | |
|---|---|
| Amberlee H. Friberg,<br><br>Plaintiff,<br><br>vs.<br><br>Don Pablo's Operating Corporation,<br><br>Defendant. | FILE NO.: 00-2747 ADM/AJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**and**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and among the parties in this case, through their undersigned attorneys, that this case may be dismissed, with prejudice and on the merits, and without further costs to any of the parties.

Dated: Aug 10, 2001.

JANE J. LARSON & ASSOCIATES

By [signature]
Michael C. Hager (#172662)
1700 West Highway 36
Suite 801
Roseville, MN 55113
Telephone: (651) 636-5473

**Attorney for Plaintiff**
**Amberlee H. Friberg**

FILED AUG 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: August 13, 2001.

GRAY, PLANT, MOOTY,
MOOTY & BENNETT, P.A.

By [signature]

Judith Bevis Langevin (#36092)
Carl Crosby Lehmann (#257345)
3400 City Center
33 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 343-2800

HAYNSWORTH BALDWIN
JOHNSON & GREAVES, LLC
Andreas N. Satterfield, Jr.
P.O. Box 10888
Greenville, SC 29603
Telephone: (864) 271-7410

**Attorneys for Defendant**
**Don Pablo's Operating Corporation**

**ORDER**

IT IS HEREBY ORDERED that this case shall be dismissed with prejudice.

Dated: August 14, 2001.

By the Court

The Honorable Ann D. Montgomery
Judge of United States District Court

GP:815646 v1

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF MINNESOTA )
) ss.
COUNTY OF HENNEPIN )

Carrie E. M. Tahtamouni, being first duly sworn, deposes and says on oath that on the 13th day of August, 2001, she served the attached:

Stipulation of Dismissal with Prejudice

upon the following:

Andreas N. Satterfield, Jr., Esq.
Haynsworth Baldwin Johnson & Greaves, LLC
918 S. Pleasantburg Drive
P.O. Box 10888
Greenville, SC 29607

Michael C. Hager, Esq.
Suite 801, Rosedale Towers
1700 West Highway 36
Roseville, MN 55113

by arranging for the deposit of a true and correct copy thereof in a sealed envelope duly addressed to the above, postage prepaid, in the United States mails at Minneapolis, Minnesota.

Carrie E. M. Tahtamouni

Subscribed and sworn to before me this
13th day of August, 2001.

Notary Public

[redacted]

GP:816842 v1

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500